UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BARCODE STUDIOS, INC., | Case No. 2:13-cv-00296-MMD-GWF |
| Plaintiff, | ORDER |
| v. | |
| CHERYL WHITE, et al., | |
| Defendants. | |

Before the Court are Plaintiff's Motion for a Temporary Restraining Order and Motion for Preliminary Injunction filed on March 5, 2013. (Dkt. nos. 5 and 8.) The Court held a hearing on the Motion for Temporary Restraining Order on April 29, 2013. After argument, the Court canvassed the parties as to settlement and ordered that the parties participate in a settlement conference. (Dkt. no. 26.) The Court deferred ruling on the Motion for Temporary Restraining Order pending settlement. In light of the continuance of the settlement conference to October 3, 2013 (*see* dkt. no. 33) and the need for the Court to address motions pending before March 31, 2013, Plaintiff's Motion for a Temporary Restraining Order and Motion for Preliminary Injunction (dkt. nos. 5 and 8) are denied without prejudice and with leave to request reinstatement if settlement is not effectuated. In the event no settlement is reached after the October 3, 2013, settlement conference, the Court will issue a ruling on these two Motions without requiring further briefing.

DATED THIS 28th day of August 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE